UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDDY; BOBBIE EDDY,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION (As Trustee for Freddie Mac MultiClass Certificates Series 3450); BANK OF AMERICA CORPORATION (As Parent to Bank of America, M.A., as Successor in Interest By Merger with Countrywide Bank, FSB); SERVICE LINK, LLC; MICHAEL M. BAKER, Esq.; Does 1-5,<br><br>Defendants. | No. 2:18-cv-2267-TLN-EFB PS<br><br>ORDER TO SHOW CAUSE |

Defendants Federal Home Loan Mortgage Corporation ("FHLMC"), Bank of America Corporation ("Bank of America"), and Michael Baker have moved to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF Nos. 4, 11. The motions are currently set for hearing on November 7, 2018. ECF Nos. 11, 12. Plaintiffs filed an opposition to FHLMC and Bank of America's motion (ECF No. 13), but they have not filed an opposition or statement of non-opposition to defendant Baker's motion.[1]

---

[1] Defendant Baker filed a reply brief, which indicates that plaintiffs served him with an opposition to his motion. ECF No. 18. Review of the court's docket, however, reflects that

1

Local Rule 230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date or, in this instance, by October 24, 2018. Local Rule 230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Local Rule 183, governing persons appearing in pro se, provides that failure to comply with the Federal Rules of Civil Procedure and Local Rules may be grounds for dismissal, judgment by default, or other appropriate sanctions. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The hearing on defendants' motions to dismiss (ECF Nos. 4, 11) is continued to December 12, 2018 at 10:00 a.m. in Courtroom No. 8.

2. Plaintiffs shall show cause, in writing, no later than November 28, 2018, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to defendant Baker's motion to dismiss.

3. Plaintiffs shall file an opposition to defendant Baker's motion, or a statement of non-opposition thereto, no later than November 28, 2018.

4. Failure to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

/////

---

plaintiffs failed to file their opposition with the court.

2

5.  Defendant Baker may file an amended reply to plaintiffs' opposition, if any, on or before December 5, 2018.

6.  Defendants' requests to appear telephonically at the November 7, 2018 hearing (ECF Nos. 14, 16) are denied as moot.

DATED:  November 5, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE