UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDDY; BOBBIE EDDY,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION (As Trustee for Freddie Mac MultiClass Certificates Series 3450); BANK OF AMERICA CORPORATION (As Parent to Bank of America, M.A., as Successor in Interest By Merger with Countrywide Bank, FSB); SERVICE LINK, LLC; MICHAEL M. BAKER, Esq.; Does 1-5,<br><br>Defendants. | No. 2:18-cv-2267-KJM-EFB PS<br><br>ORDER |

On September 11, 2019, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiffs filed objections on September 25, 2019, and they were considered by the undersigned.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court

assumes its correctness and decides the motions on the applicable law. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified Sch. Dist.,* 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

The Findings and Recommendations filed September 11, 2019, are ADOPTED;

1. Defendant Baker's motion to dismiss (ECF No. 11) is granted, and plaintiffs' claims against him are dismissed without leave to amend;
2. Defendant BofA and FHLMCs' motion to dismiss (ECF No. 4) is granted as to plaintiffs' TILA and RESPA claims, and these claims are dismissed with leave to amend;
3. Plaintiffs' TILA claim against defendant Service Link are dismissed with leave to amend;
4. The court declines to exercise supplemental jurisdiction over plaintiffs' state law claims; and
5. Plaintiffs are granted 30 days from the date of service of this order to file an amended complaint as provided in the magistrate judge's September 11, 2019 findings and recommendations.

DATED: January 14, 2020.

CHIEF UNITED STATES DISTRICT JUDGE