UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDDY; BOBBIE EDDY,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION (As Trustee for Freddie Mac MultiClass Certificates Series 3450); BANK OF AMERICA CORPORATION (As Parent to Bank of America, M.A., as Successor in Interest By Merger with Countrywide Bank, FSB); SERVICE LINK, LLC; MICHAEL M. BAKER, Esq.; Does 1-5,<br><br>Defendants. | No.  2:18-cv-2267-TLN-EFB PS<br><br><br>ORDER |

Defendants Federal Home Loan Mortgage Corporation and Bank of America Corporation filed a motion to dismiss plaintiffs' first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), which they noticed for hearing on April 1, 2020. ECF No. 46. In violation of Local Rule 230(c), plaintiffs failed to timely file an opposition or statement of non-opposition to the pending motion. Accordingly, the hearing on the motion was continued to May 6, 2020, and plaintiffs were ordered to show cause why sanctions should not be imposed for their failure to timely respond to defendants' motion. Plaintiffs were also ordered to file, by April 22, 2020, an opposition or statement of non-opposition to defendants' motion.

In response, plaintiffs filed a motion for an extension to time requesting that the hearing on the motion be continued an additional 30 days. Plaintiffs contend that the additional time is needed due to, among other things, the current Covid-19 pandemic. Plaintiffs, however, did not file a response to FHLMC's motion, nor did they show cause for why sanctions should not be imposed for their failure to timely respond to the motion.

In light of plaintiffs' pro se status, and given that they have not yet filed an opposition or statement of non-opposition to defendants' motion, their request for an extension of time will be granted in part. Plaintiffs are admonished that the court is not inclined to grant any further extensions of time absent a showing of extraordinary cause.

Accordingly, it is hereby ORDERED that:

1. The hearing on defendants' motion to dismiss (ECF No. 46) is continued to May 27, 2020 at 10:00 a.m., in Courtroom No. 8.

2. Plaintiffs shall show cause, in writing, no later than May 13, 2020, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to defendants' motion to dismiss.

3. Plaintiffs shall file an opposition to defendants' motion, or a statement of non-opposition thereto, no later than May 13, 2020.

4. Failure to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

5. Defendants may file a reply to plaintiffs' opposition, if any, on or before May 20, 2020.

DATED: April 16, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2