UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDDY; BOBBIE EDDY, | No. 2:18-cv-2267-KJM-EFB PS |
| Plaintiffs, | |
| v. | ORDER |
| FEDERAL HOME LOAN MORTGAGE CORPORATION (As Trustee for Freddie Mac MultiClass Certificates Series 3450); BANK OF AMERICA CORPORATION (As Parent to Bank of America, M.A., as Successor in Interest By Merger with Countrywide Bank, FSB); SERVICE LINK, LLC; MICHAEL M. BAKER, Esq.; Does 1-5, | |
| Defendants. | |

On September 1, 2020, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Although it appears from the file that plaintiffs' copies of the findings and recommendations were returned, plaintiffs were properly served. It is the plaintiffs' responsibility to keep the court apprised of their current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed September 1, 2020, are ADOPTED;
2. Defendants BofA and FHLMC's motion to dismiss (ECF No. 46) is granted;
3. Plaintiffs' first amended complaint (ECF No. 45) is dismissed without leave to amend; and
4. The Clerk is directed to close the case.

DATED: November 5, 2020.

CHIEF UNITED STATES DISTRICT JUDGE